Order entered August 20, 2018
CTS
 [pic]

 In The
 Court of Appeals
 Fifth District of Texas at Dallas

 No. 05-18-00073-CR
 No. 05-18-00074-CR

 Jaccari D. Jones, Appellant

 V.

 The State of Texas, Appellee

 On Appeal from the 292nd Judicial District Court
 Dallas County, Texas
 Trial Court Cause Nos. F16-00673-V & F16-39215-V

 ORDER

 We REINSTATE these appeals.
 Because appellant had not filed his brief (originally due April 8,
2018), we abated these appeals for a hearing. The trial court conducted a
hearing to determine why appellant’s brief had not been filed and made
findings. We ADOPT the trial court’s findings that (1) appellant desires
to prosecute these appeals; (2) appellant is indigent and represented by
Kristin Brown; (3) Ms. Brown did not appear at the hearing although she
“communicated via e-mail” and informed the trial court she has not
abandoned the appeals; and (4) Ms. Brown said she failed to file a timely
brief “due to her heavy appellate docket and trial workload.” In light of
this, we ORDER appellant’s brief filed on or before September 21, 2018.
 If appellant’s brief is not filed by the date specified, the Court
will utilize the remedies available to it, which may include ordering that
Kristin Brown be removed as appellant’s appointed attorney without further
notice and ordering the trial court to appoint new counsel to represent
appellant on appeal.
 We DIRECT the Clerk to send copies of this order, by electronic
transmission, to the Honorable Brandon Birmingham, Presiding Judge, 292nd
Judicial District Court; Kristin Brown; and the Dallas County District
Attorney’s Office.

 /s/ CRAIG STODDART
 JUSTICE